**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

In re: John F. Campbell,

Appellant,

– against –

Radiance Capital Receivables Twelve, LLC,

Appellee.

----------------------------------------------------------------X

| | |
|---|---|
| **Case No.:** | 7:26-cv-02134-PMH |
| **(Bankruptcy Court Case No.:** | 24-09009-KYP |

<div style="border:1px solid">

Application denied.

The Clerk of Court is respectfully directed to terminate the letter-motion pending at Doc. 19.

SO ORDERED.

_Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
              April 9, 2026

</div>

**LETTER MOTION FOR STAY OF BRIEFING SCHEDULE PENDING RESOLUTION OF APPELLANT'S MOTION FOR DETERMINATION OF TIMELINESS OF NOTICE OF APPEAL**

Hon. Philip M. Halpern
United States District Judge

 Dear Judge Halpern:

Appellee John F. Campbell, pro se, respectfully submits this letter-motion pursuant to Your Honor's Individual Practices in Civil Cases (revised January 6, 2025) and Federal Rule of Bankruptcy Procedure 8018, requesting a stay of the briefing schedule pending the Court's ruling on Appellant's pending Motion for Determination that the Notice of Appeal was timely filed.

1. Original date(s): The docket entry upon transfer of the appeal to this Court set the due date for Appellee's brief as April 15, 2026 (30 days from docketing of the record).

2. Reason for the request: The Appellant has filed a Motion for Determination of Timeliness of the Notice of Appeal. That motion raises a threshold jurisdictional issue that, if resolved in Appellant's favor, may moot the need for briefing entirely or substantially affect the schedule. Good cause therefore exists to extend or stay the briefing deadline until the Court rules on the timeliness motion.

3. Number of previous requests: This is Appellee's second request concerning the briefing schedule. The first letter-motion seeking clarification was denied by the Court on April 6, 2026.

1

4. Disposition of previous requests: The prior letter-motion was denied.

5. Consent of the adversary:
   Appellant does not consent. On April 7-8, the undersigned emailed counsel for Appellant, who states: "Radiance does not consent as the appeal time has lapsed and the appellate court does not have jurisdiction to entertain the motion."

Appellee proposes the following revised schedule: Appellee's brief shall be due 30 days after the Court issues its ruling on Appellant's Motion for Determination of Timeliness of the Notice of Appeal, or on such other date as the Court may set. Appellee respectfully requests that the Court grant this letter-motion and enter an order staying briefing so that the parties have a clear and certain schedule.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,


*/s/ John F. Campbell*
John F. Campbell, Pro Se
60 Campbell Rd.
Livingston Manor, NY 12758
John@JohnFCampbell.com
(985) 718-7224

2